No. 80–5116. JENKINS v. BREWER. C. A. 7th Cir. [Certiorari granted, 449 U. S. 981.] Upon consideration of the motion of respondent to dismiss the writ of certiorari as improvidently granted, the judgment is vacated and the case is remanded for further consideration in light of the Civil Rights of Institutionalized Persons Act, Pub. L. 96–247, 94 Stat. 349.

No. A–589. PRATT v. UNITED STATES. Application for transfer of custody, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–592 (80–1331). FLORIDA v. MALONE. Sup. Ct. Fla. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–633. COOPER v. COOPER. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–670. CALIFORNIA v. VELASQUEZ; and
No. A–680. CALIFORNIA v. LANPHEAR. Sup. Ct. Cal. The temporary stays heretofore entered by JUSTICE REHNQUIST are vacated and the applications for stay are denied.

No. D–38. IN RE DISBARMENT OF DONNELLY. John J. Donnelly, Jr., of Washington, D. C., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 24, 1975 [420 U. S. 941], is hereby discharged.

No. D–192. IN RE DISBARMENT OF CRUMPACKER. Disbarment entered. [For earlier order herein, see 446 U. S. 933].